# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Reginald Jerome Davis** | **Case No: 18-15534-REF** |
| **Debtor** | **CHAPTER 13** |

## ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,500.00, of which $2,190 was received pre-petition.

**Date: April 4, 2019**

_____
U.S. BANKRUPTCY JUDGE