United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-15534-ref
Reginald Jerome Davis                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1           Date Rcvd: Apr 04, 2019
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db            +Reginald Jerome Davis,   5100 Curly Horse Drive,   Center Valley, PA 18034-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 05 2019 02:36:35
               Capital One Auto Finance, a division of Capital On,   c/o AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
          CHARLES  LAPUTKA   on behalf of Debtor Reginald Jerome Davis claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          KEVIN G. MCDONALD   on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
          SCOTT  WATERMAN   ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                          TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Reginald Jerome Davis**

**Debtor**

**Case No: 18-15534-REF**

**CHAPTER 13**

### ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,500.00, of which $2,190 was received pre-petition.

**Date: April 4, 2019**

_____
U.S. BANKRUPTCY JUDGE