# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Reginald Jerome Davis
                Debtor

THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
     v.
Reginald Jerome Davis    Debtor

Renee Davis    Co-Debtor

and Scott Waterman Esq.    Trustee

Chapter 13

NO. 18-15534 PMM

## AMENDED ORDER

AND NOW, this 16th day of April, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 20, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5100 Curly Horse Drive Center Valley, PA 18034.

The stay provided by Bankruptcy Rule 4001(a) is waived.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Reginald Jerome Davis
5100 Curly Horse Drive
Center Valley, PA 18034

Renee Davis
5100 Curly Horse Drive
Center Valley, PA 18034

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Charles Laputka Esq.
1344 W. Hamilton Street
Allentown, PA 18102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532