United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-15534-pmm
Reginald Jerome Davis                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: ChrissyW           Page 1 of 1              Date Rcvd: Apr 17, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.
db             +Reginald Jerome Davis,    5100 Curly Horse Drive,    Center Valley, PA 18034-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
      CHARLES   LAPUTKA    on behalf of Debtor Reginald Jerome Davis claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                           TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Reginald Jerome Davis <br>     Debtor <br><br> THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 <br>     v. <br> Reginald Jerome Davis     Debtor <br><br> Renee Davis     Co-Debtor <br><br> and Scott Waterman Esq.     Trustee | Chapter 13 <br><br> NO. 18-15534 PMM |

**AMENDED ORDER**

AND NOW, this ~~15th~~ 16th day of April, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 20, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5100 Curly Horse Drive Center Valley, PA 18034.

The stay provided by Bankruptcy Rule 4001(a) is ~~been~~ waived.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge.

cc: See attached service list

Reginald Jerome Davis
5100 Curly Horse Drive
Center Valley, PA 18034

Renee Davis
5100 Curly Horse Drive
Center Valley, PA 18034

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Charles Laputka Esq.
1344 W. Hamilton Street
Allentown, PA 18102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532