| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-15534-PMM**

REGINALD JEROME DAVIS
5100 CURLY HORSE DRIVE
CENTER VALLEY  PA    18034

Petition Filed Date: 08/21/2018
341 Hearing Date: 10/09/2018
Confirmation Date: 01/17/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $500.00 | | 01/23/2019 | $822.00 | | 03/04/2019 | $822.00 | |
| 04/01/2019 | $822.00 | | 05/13/2019 | $322.00 | | 06/10/2019 | $822.00 | |
| 07/22/2019 | $444.00 | | 07/30/2019 | $450.00 | | 09/09/2019 | $400.00 | |
| 09/27/2019 | $450.00 | | 10/23/2019 | $450.00 | 6271590000 | 11/05/2019 | $450.00 | 6310200000 |
| 11/25/2019 | $750.00 | 6348754000 | 12/30/2019 | $850.00 | 6434399000 | 01/29/2020 | $875.00 | 6514494000 |

**Total Receipts for the Period:  $9,229.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,729.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | HOUSEHOLD/ORCHARD<br>»» 003 | Unsecured Creditors | $862.52 | $0.00 | $862.52 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Unsecured Creditors | $7,281.51 | $0.00 | $7,281.51 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 006 | Mortgage Arrears | $41,214.09 | $7,513.17 | $33,700.92 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $1,074.72 | $0.00 | $1,074.72 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $435.31 | $0.00 | $435.31 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $972.76 | $0.00 | $972.76 |
| 7 | CHARLES LAPUTKA ESQ<br>»» 007 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |

**Chapter 13 Case No. 18-15534-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,729.00 | Current Monthly Payment: | $822.00 |
| Paid to Claims: | $9,823.17 | Arrearages: | $6,389.00 |
| Paid to Trustee: | $905.83 | Total Plan Base: | $47,532.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.