United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15534-pmm
Reginald Jerome Davis                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: ChrissyW           Page 1 of 2              Date Rcvd: Aug 13, 2020
                             Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
```
db              +Reginald Jerome Davis,    5100 Curly Horse Drive,    Center Valley, PA 18034-8780
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14184547        +Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suites 110 & 200 - A,
                  Anaheim, CA 92806-5951
14186779        +Carrington Mortgage Services, LLC,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
14210348        +HOUSEHOLD ORCHARD,    WILLIAMSON AND BROWN,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
14184551        +Renee Davis,    5100 Curly Horse Drive,    Center Valley, PA 18034-8780
14221228        +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:31
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:46     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2020 05:17:17
                  Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14184546        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2020 05:17:19
                  Capital One Auto Finance,    7933 Preston Road,    Plano, TX 75024-2302
14187043        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2020 05:17:17
                  Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14189243        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2020 05:17:17
                  Capital One Auto Finance,a division of Capital One,    c/o AIS Portfolio Services, LP,
                  4515 Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
14184547        +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 14 2020 05:14:03
                  Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suites 110 & 200 - A,
                  Anaheim, CA 92806-5951
14184869        +E-mail/Text: ebnnotifications@creditacceptance.com Aug 14 2020 05:14:05     Credit Acceptance,
                  25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14184548        +E-mail/Text: ebnnotifications@creditacceptance.com Aug 14 2020 05:14:05     Credit Acceptance,
                  PO Box 5070,    Southfield, MI 48086-5070
14184549        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:18:29     LVNV Funding LLC,
                  PO Box 1269,    Greenville, SC 29602-1269
14218695         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:18:29
                  LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14211230        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 05:14:37     MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14184550        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 05:14:37     Midland Funding LLC,
                  2365 Northside Drive, # 300,    San Diego, CA 92108-2709
14221228        +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 14 2020 05:14:04
                  The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
                                                                                               TOTAL: 14
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: ChrissyW            Page 2 of 2              Date Rcvd: Aug 13, 2020
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

```
          CHARLES    LAPUTKA     on behalf of Debtor Reginald Jerome Davis claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          KEVIN G. MCDONALD     on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ     on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM    MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfmail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>REGINALD JEROME DAVIS<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 18-15534-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 13, 2020**

_/s/ Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE